IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEIR HODGE, | HONORABLE JEROME B. SIMANDLE |
| Petitioner, | Civil Action No. 08-3614 (JBS) |
| v. | |
| UNITED STATES OF AMERICA, | **ORDER** |
| Respondent. | |

This matter having come before the Court upon Petitioner's submission of a petition for a writ of <u>audita querela</u> [Docket Item 1]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date, this petition for a writ of <u>audita querela</u> lacks merit and alternatively this petition construed as arising under 28 U.S.C. § 2255 is untimely;

IT IS this   **25th**   day of **February, 2010** hereby

ORDERED that Petitioner's petition shall be **DENIED**; and it is further

ORDERED that, to the extent this petition arises under 28 U.S.C. § 2255, a certificate of appealability is **DENIED**.

　　　　　　　　　　　　　　　　  **s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　United States District Judge